SO ORDERED: October 28, 2015.



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| In re: )<br>EASTERN LIVESTOCK CO., LLC,  )<br>        Debtor  )<br>_____)<br>   )<br>JAMES A. KNAUER,  )<br>CHAPTER 11 TRUSTEE FOR  )<br>EASTERN LIVESTOCK CO., LLC.,  )<br>        Plaintiff,  )<br>   )<br>  v.  )<br>   )<br>GARY KRANTZ,  )<br>        Defendant.  )<br>_____) | Case No. 10-93904-BHL-11<br><br><br><br><br><br><br><br>Adv. No. 12-59052 |

**JUDGMENT**

This matter was initiated by the filing of a **Complaint to (I) Avoid Preferential and Fraudulent Transfers and to Recover Property Pursuant to 11 U.S.C. §§ 547, 548 and 550; and (II) Disallow Claims Pursuant to 11 U.S.C. § 502(d)** on July 27, 2012, and came before the Court on the **Amended Motion for Summary Judgment** (Doc. # 28) filed by the Defendant on June 19, 2014. The Court, having this date entered an Order Granting the Defendant's Amended

Motion for Summary Judgment, and for the reasons stated therein, now finds that the Defendant is entitled to judgment as a matter of law. Judgment is hereby entered in favor of the Defendant and against the Plaintiff on all counts of the Complaint.

**IT IS SO ADJUDGED.**

###